# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LIZZETH GRANATA,

Plaintiff,

v.

CARSON CITY CONSOLIDATED MUNICIPALITY,

Defendant.

3:25-cv-00642-ART-CLB

**ORDER**

The court has reviewed the parties' Early Neutral Evaluation statements for the Early Neutral Evaluation Session set on Friday, May 8, 2026.  Based on the review, the court ordered a status conference on Thursday, May 7, 2026, at 9:00 a.m.

**IT IS HEREBY ORDERED** that the parties shall meet and confer in advance of the status conference on whether they wish to proceed with the Early Neutral Evaluation Session on Friday, May 8, 2026, at 9:00 a.m. or if the parties agree there is no realistic possibility of settlement of this case at the present time.

DATED: May 5, 2026.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE